*Stephen Card* v. *Augustus A. Bird et al.* J. Rhoades, for appellant; W. Tracy, for respondent. Decree appealed from affirmed with costs to be paid by appellants Webb & Averill. Proceedings remitted.

*Stephen Ross* v. *Daniel Lockwood et al.* J. D. Willard, for appellant; D. Gardner, for respondent. So much of the decree of the vice chancellor as is appealed from, reversed with costs; and bill dismissed with costs as to defendant Lockwood.

*Parmenus Smith* v. *Samuel L. Smith.* W. Silliman, for complainant; J. Dikeman, for defendant. Decree of the late assistant vice chancellor affirmed so far as relates to the question of costs, and the residue thereof reversed, without costs to either party. And a decree directed to be entered for the appointment of commissioners to make partition of the property in dispute.

*Edwin Adams* v. *Christopher Joslyn, 2d et al.* S. Beardsley, for complainant; D. Burwell, for defendants. So much of the decree of the vice chancellor as is appealed from by defendant Joslin affirmed with costs, and so much thereof as relates to the costs of Judd, modified by giving him only the costs he would have been entitled to upon the allowance of a demurrer to the bill.